**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PlayShare PLC, et al.,<br><br>           Plaintiffs,<br>   vs.<br><br>Société des Bains de Mer et du Cercle des Estrangers à Monaco,<br><br>           Defendant. | No. CV-07-1203-PHX-PGR<br><br>ORDER |

Among the motions pending before the Court is the defendant's Motion to Transfer or, in the Alternative, to Dismiss (doc. #8), wherein the defendant in part seeks an order transferring this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) and the "first-to-file" rule due to the pendency in the Southern District of New York of the earlier-filed and substantially identical case of <u>Société des Bains de Mer et du Cercle des Estrangers à Monaco v. PlayShare PLC</u>, 07-CV-4802 (DAB).  Rather than directly responding to the motion to transfer, the plaintiffs filed a Motion to Stay Defendant's Motion to Transfer or, in the Alternative, to Dismiss (doc. #9), wherein the plaintiffs seek to stay this action pending the disposition of the plaintiffs' pending motion to dismiss the New York action.  In response to the plaintiffs' motion, the defendant agrees that this action should be stayed pending

a determination as to whether the New York action will proceed.  Therefore,

IT IS ORDERED that the plaintiffs' Motion to Stay Defendant's Motion to Transfer or, in the Alternative, to Dismiss (doc. #9) is granted to the extent that this action is stayed in its entirety pending the resolution of the plaintiffs' pending motion to dismiss filed in the United States District Court for the Southern District of New York in <u>Société des Bains de Mer et du Cercle des Estrangers à Monaco v. PlayShare PLC</u>, 07-CV-4802 (DAB).

IT IS FURTHER ORDERED that the defendant's Motion to Transfer or, in the Alternative, to Dismiss (doc. #8) is deemed withdrawn without prejudice to being reinstated upon motion if necessary after the resolution of the plaintiffs' pending motion to dismiss filed in <u>Société des Bains de Mer et du Cercle des Estrangers à Monaco v. PlayShare PLC</u>, 07-CV-4802 (DAB) (S.D.N.Y.).

IT IS FURTHER ORDERED that the parties' Stipulation re Pretrial Discovery (doc. #12) is accepted.

IT IS FURTHER ORDERED that the parties shall file a status report with the Court no later than fifteen days after the resolution of the plaintiffs' pending motion to dismiss filed in <u>Société des Bains de Mer et du Cercle des Estrangers à Monaco v. PlayShare PLC</u>, 07-CV-4802 (DAB) (S.D.N.Y.), setting forth the decision of the New York court and the impact of that decision on this action.

DATED this 11th day of October, 2007.

Paul G. Rosenblatt
United States District Judge