**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PlayShare PLC, et al., | ) |
|          Plaintiffs, | ) No. CV-07-1203-PHX-PGR |
| vs. | ) |
| Société des Bains de Mer et du Cercle des Etrangers à Monaco, | ) ORDER OF TRANSFER |
|          Defendant. | ) |

The parties having stipulated to the transfer of this action to the United States District Court for the Southern District of New York for the purpose of having it consolidated with Société des Bains de Mer et du Cercle des Etrangers à Monaco v. PlayShare PLC, No. 07 CV 4802 (DAB), an earlier filed case with substantially identical parties and claims,

IT IS ORDERED that the parties' Stipulation (doc. #15) is accepted and this action is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

DATED this 25th day of February, 2008.

Paul G. Rosenblatt
United States District Judge